UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BURNACE R. MCDONALD, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-00062 |
| | ) CHIEF JUDGE CRENSHAW |
| HICKMAN COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Court grant Defendants' Unopposed Motion for Summary Judgment. (Doc. No. 14.) No timely objections have been filed. After de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Unopposed Motion for Summary Judgment (Doc. No. 10) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal taken in forma pauperis appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE